IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:04-CR-82-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SHAWN RABON BARR, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's request for early termination of his supervised release term by letter to the court dated June 2, 2016.

After review and consideration, this court finds that the defendant was benefactor of a government motion for departure pursuant to U.S.S.G. §5K1.1 at sentencing, and later a motion by the government for further reduction pursuant to Rule 35 of the Federal Rules of Criminal Procedure. This is indicative of defendant's previous cooperation with the government.

Additionally, defendant has been compliant with conditions of supervised release for just over one-half of the ordered term of supervised release, he has completed his GED, successfully completed a CDI driving program and has had no positive urine tests or any other violations.

Accordingly, the court hereby terminates the remainder of defendant's term of supervised release, effective the date of this order.

This 13th day of June 2016.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, N.C.
jh